**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6948

ERIC DAVIS,

Plaintiff - Appellant,

v.

P. FREEMAN,

Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Florence. Mary G. Lewis, District Judge.  (4:23-cv-03590-MGL)

Submitted:  April 11, 2024                   Decided:  April 15, 2024

Before AGEE and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Eric Davis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Davis appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under Fed. R. Civ. P. 41(b) for failure to comply with a court order by failing to complete a portion of the complaint form and failing to complete a summons form for the Defendant. We have reviewed the record and find no reversible error. Accordingly, we conclude that the district court did not abuse its discretion, *see* Fed. R. Civ. P. 41(b); *Attkisson v. Holder*, 925 F.3d 606, 620, 625-27 (4th Cir. 2019), and affirm the district court's order. *Davis v. Freeman*, No. 4:23-cv-03590-MGL (D.S.C. Sept. 11, 2023). We deny Davis' motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*